EDWARD BRICK, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 27, 1886; decided June 1, 1886.)

*W. H. Adams* for appellant.

*John H. Camp* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.